IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA F. SHEPPARD,          )<br>                                              )<br>   Plaintiff,                          )<br>                                              )<br>v.                                         )<br>                                              )<br>SAMSON TOURS INC. d/b/a  )<br>SAMSON TRAILWAYS,       )<br>                                              )<br>   Defendant.                       )<br>_____) | CIVIL ACTION FILE NO.<br>1:16-CV-01703-CAP |

## ORDER

The above-styled case is presently before the Court on the parties' Consent Motion for Review and Approval of Settlement Agreement. The parties have requested that the Court review and approve the parties' proposed Settlement Agreement in this case because Plaintiff's Complaint includes claims under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA"). The Court has reviewed the proposed Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the dispute.

Accordingly, the Plaintiff's Motion is **GRANTED** and the Settlement Agreement and General Release is **APPROVED** and incorporated herein.

The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED, this __24th__ day of __JANUARY__, 2017.

/s/CHARLES A. PANNELL, JR.
Honorable Charles A. Pannell, Jr.
UNITED STATES DISTRICT COURT JUDGE